UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-02083-RER-JRC**

| | |
|---|---|
| **Gemane Nettles**,<br>　　　Plaintiff,<br>vs.<br><br>**Vittorio Como** and<br>**Come Prima inc.**,<br>　　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>AS TO  DEFENDANT<br>VITTORIO COMO ONLY** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendant, **Vittorio Como**.

Dated: July 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　s/Maria Costanza Barducci
　　　　　　　　　　　　　　　　　　　　　　　Maria-Costanza Barducci (Bar No. 5070487)
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　BARDUCCI LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　　5 West 19th Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10011
　　　　　　　　　　　　　　　　　　　　　　　(212) 433-2554
　　　　　　　　　　　　　　　　　　　　　　　MC@BarducciLaw.com

cc: Via CM/ECF